# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| **GARY BURRELL and ANTOINE LEE,** on behalf of themselves and others similarly situated,<br>    Plaintiffs,<br>v.<br>**GUSTECH COMMUNICATIONS, LLC,**<br>    Defendant. | C.A. No.:  0:18-cv-00508-CMC<br><br>**JOINT RULE 26(f) REPORT** |
| **ROBERT WESTBERRY AND JARED STUBBLEFIELD, Individually, and on behalf of all others similarly situated under 29 USC 216(b),**<br>    Plaintiffs,<br>v.<br>**GUSTECH COMMUNICATIONS, LLC, and GUSTAVO SANTAMARIA**<br>    Defendants. | C.A. No.:  0:18-cv-02043-CMC |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐  We agree that the schedule set forth in the Conference and Scheduling Order filed April 13, 2018 is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒  We agree that the schedule set forth in the Conference and Scheduling Order filed April 13, 2018 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. 26(f), with**

1

**disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/David E. Rothstein | s/Deborah Casey Brown |
| David E. Rothstein, Fed. ID No. 6695 | Deborah Casey Brown, Fed. ID No. 1507 |
| ROTHSTEIN LAW FIRM | GALLIVAN, WHITE & BOYD, PA |
| 1312 Augusta Street | 55 Beattie Place, Suite 1200 |
| Greenville, SC 29605 | P.O. Box 10589 (29603) |
| Telephone: (864) 232-5870 | Greenville, SC 29601 |
| derothstein@mindspring.com | Telephone: (864) 271-5346 |
| | dbrown@gwblawfirm.com |
| Harold Lichten | |
| (Admitted *pro hac vice*) | Gray T. Culbreath, Fed ID No. 5647 |
| Benjamin J. Weber | Laura W. Jordan, Fed. ID No. 11398 |
| (Admitted *pro hac vice*) | GALLIVAN, WHITE & BOYD, PA |
| LICHTEN & LISS-RIORDAN, P.C. | 1201 Main Street, Suite 1200 |
| 729 Boylston Street, Suite 2000 | P.O. Box 7368 (29202) |
| Boston, MA 02116 | Columbia, SC 29201 |
| Telephone: (617) 994-5800 | Telephone: (803) 724-1710 |
| hlichten@llrlaw.com | gculbreath@gwblawfirm.com |
| bweber@llrlaw.com | ljordan@gwblawfirm.com |
| | |
| Drew N. Hermann | Attorneys for Defendants, |
| (Admitted *pro hac vice*) | Gustech Communications, LLC and |
| HERMANN LAW, PLLC | Gustavo Santamaria |
| 801 Cherry Street, Suite 2365 | |
| Fort Worth, TX 76102 | |
| Telephone: (817) 479-9229 | |
| drew@hermannlaw.com | |

Attorneys for Plaintiffs,
Gary Burrell and Antoine Lee; and Robert Westberry and Jared Stubblefield

January 9, 2019